IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MARK WOODS,**

      **Plaintiff,**

      **vs.**                                                       **CIV NO. 14-582-SMV**

**CAROLYN W. COLVIN, Acting**
**Commissioner of the Social Security**
**Administration,**

      **Defendant.**

## ORDER

Before the Court is Defendant's Motion for Remand to the Commissioner for further administrative proceedings before an Administrative Law Judge. Upon examination of the merits, it is hereby ORDERED, ADJUDGED, AND DECREED that this case is reversed and remanded to the Defendant for further administrative action pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Upon remand, the ALJ will conduct a new hearing and issue a de novo decision on a corrected administrative record.

THUS DONE AND SIGNED on this  _3d_  day of  _September_ , 2014.

                                                                         STEPHAN VIDMAR
                                                                         United States Magistrate Judge

Electronically approved on 9/3/14:                     Submitted by:

*s/ Justin S. Raines*                                           *s/ Manuel Lucero*
Justin S. Raines                                                   Manuel Lucero
Jeff Diamond Law Firm                                Assistant United States Attorney
Attorney for Plaintiff                                        Attorney for Defendant