IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARK WOODS,

    Plaintiff,

vs.                                          CIV NO. 14-582-SMV

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

    Defendant.

## RULE 58 FINAL JUDGMENT

This action has come before the Court for consideration upon Defendant's Motion to Remand for further administrative proceedings. An Order remanding the case to the Commissioner has been entered.

The Court enters this Final Judgment under Fed. R. Civ. P. 58 remanding this case to the Commissioner for further administrative action.

THUS DONE AND SIGNED on this  _3d_  day of  _September_ , 2014.

                                                      _____
                                                      STEPHAN VIDMAR
                                                      United States Magistrate Judge

| Electronically approved on 9/3/14: | Submitted by: |
|---|---|
| *s/ Justin S. Raines* | *s/ Manuel Lucero* |
| Justin S. Raines | Manuel Lucero |
| Jeff Diamond Law Firm | Assistant United States Attorney |
| Attorney for Plaintiff | Attorney for Defendant |